UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN LUCIA AROCA CASTRO (A-Number: 240-800-978),<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER CHESTNUT, *et al.*,<br><br>Respondents. | Case No.  1:26-cv-2809-DC-JDP<br><br><br>ORDER |

On April 29, 2026, the court granted petitioner's motion for temporary restraining order, ordered petitioner's immediate release, and referred the matter to me for further proceedings. ECF No. 8.  Respondents have already filed an answer to the petition for writ of habeas corpus. ECF No. 6.  Respondents may file an additional response within seven days of the date of this order.  If respondents file a response, petitioner may file an additional reply within seven days of respondents' response.  If respondents do not file a response by this deadline, the matter will be deemed submitted.

1

Accordingly, it is hereby ORDERED that respondents may file a response within seven days of the date of this order.  If respondents file a response, petitioner may file a reply within seven days of respondents' response.  If respondents do not file a response by this deadline, the matter will be deemed submitted.

IT IS SO ORDERED.


Dated:    May 1, 2026            _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2